**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Robert McCoy | ) | Bankruptcy No. 05 B 43387 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge John H. Squires |
| | ) | |

**DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019**

NOW COMES the Debtor, Robert McCoy, by and through his attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 13 on October 4, 2005.

2. The case was converted to a Chapter 7 on the election of the Debtor on November 28, 2007.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

Discover
Payment Center
P.O. Box 21460
Tulsa OK  74121-1460
$2,294.00—general unsecured

Visa
Orchard Bank
P.O. Box 80084
Salinas CA  93912-0084
$584.00—general unsecured

Carsons
Retail Services
P.O. Box 17264
Baltimore MD  21297-1264
$299.00—general unsecured

Harris Bank
3800 W. Golf Rd., Suite 8478
P.O. Box 8478
Rolling Meadows IL  60008
$1,506.00—general unsecured

Americredit
P.O. Box 183853
Arlington TX  76096-3853
$16,992—secured by Audi

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case:  None, except regular income reported on schedules.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:      NONE

        Respectfully submitted,
        Robert McCoy


        By:___/s/ David P. Lloyd_____
            One of his attorneys

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030