IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McCoy, Robert

Printed:  12/13/07

Case Number:  05 B 43387
Judge:  Squires, John H
Filed:  10/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Ch 7 Conversion:  November 28, 2007
Confirmed:  December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,850.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 8,634.49 |
| Administrative: |  | 700.00 |
| Trustee Fee: |  | 515.51 |
| Other Funds: |  | 0.00 |
| Totals: | 9,850.00 | 9,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski & Grochocinski | Administrative | 700.00 | 700.00 |
| 2. | Bay View Bank | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 9,743.87 | 8,634.49 |
| 4. | Internal Revenue Service | Priority | 9,743.87 | 0.00 |
| 5. | John E Peiss | Unsecured | 8,000.00 | 0.00 |
| 6. | Harris Bank | Unsecured | 66.24 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 225.27 | 0.00 |
| 8. | Capital One | Unsecured | 40.83 | 0.00 |
| 9. | Harris Bank Naperville | Unsecured | 323.04 | 0.00 |
| 10. | Mary E Dik | Unsecured | 11,170.11 | 0.00 |
| 11. | Mutual Bank | Unsecured | 11,170.11 | 0.00 |
| 12. | Capital One | Unsecured | 53.66 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 225.27 | 0.00 |
| 14. | Association Cardiovascular Phys. | Unsecured | | No Claim Filed |
| 15. | Association Cardiovascular Phys. | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 18. | Southwest Neurosurgical | Unsecured | | No Claim Filed |
| 19. | Primary Healthcare Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 51,462.27 | $ 9,334.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 180.95 |
| 5% | 61.50 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   McCoy, Robert

Printed:  12/13/07

Case Number:  05 B 43387

Judge:  Squires, John H

Filed:  10/4/05

| | |
|---|---|
| 4.8% | 118.08 |
| 5.4% | 154.98 |
| | _____ |
| | $ 515.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____